Alexander (Zander) Blewett, III
HOYT & BLEWETT PLLC
501 Second Avenue North
P.O. Box 2807
Great Falls, MT  59403-2807
Phone: (406) 761-1960
Fax: (406) 761-7186
E-mail:  zblewett@hoytandblewett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STEVE SANGWIN and AMY SANGWIN WICKS, Individually and For the Benefit of Their Minor Daughter, McKINLEY SANGWIN,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS/BLUE SHIELD OF MONTANA, and THE STATE OF MONTANA EMPLOYEE BENEFITS PLAN,<br><br>Defendants. | Cause No.  CV-10-28-H-CCL<br><br>Judge:  Charles C. Lovell<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES now, the above-referenced Plaintiffs and hereby dismiss this claim against Defendants, without prejudice, due to this Court's lack of jurisdiction.

DATED this 7th day of June, 2010.

HOYT & BLEWETT PLLC


  /s/ Alexander (Zander) Blewett, III
Alexander (Zander) Blewett, III
Attorneys for Plaintiff