IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| STEVE SANGWIN and AMY SANGWIN WICKS, Individually and For the Benefit of Their Minor Daughter, McKINLEY SANGWIN,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS/BLUE SHIELD OF MONTANA, and THE STATE OF MONTANA EMPLOYEE BENEFITS PLAN,<br><br>Defendants. | Cause No.  CV-10-28-H-CCL<br><br>Judge:  Charles C. Lovell<br><br>**ORDER** |

* * * * * * * * * * * * * * * * * * * *

Pursuant to Plaintiffs' Notice of Dismissal Without Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED the above cause be and hereby is dismissed without prejudice, each party to bear own costs.

DATED this 9th day of June, 2010.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE